IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DESMOND DARNELL DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-263 |
| ) | |
| JOHN DOE TRANSPORT OFFICER 1; ) | |
| JOHN DOE TRANSPORT OFFICER 2; ) | |
| JANE DOE DRIVER; WARDEN JONES, ) | |
| Augusta State Medical Prison; ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS; and RISK ) | |
| MANAGEMENT DIVISION, Department ) | |
| of Administrative Services, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 22nd day of January, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA