IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DESMOND DARNELL DANIELS,           )
                                    )
     Plaintiff-Appellant,           )
                                    )     Case No.: CV 125-263
vs.                                 )
                                    )     Appeal No.: 26-11366-H
GEORGIA DEPARTMENT OF               )
CORRECTIONS,                        )
                                    )
     Defendants-Appellees.          )

_____

O R D E R

_____

The appeal in the above-styled action having been dismissed by

the United States Court of Appeals for the Eleventh Circuit for want

of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States

Court of Appeals for the Eleventh Circuit is made the order of this

Court.

**SO ORDERED**, this _____18th_____ day of May, 2026.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA